No. 05–327. SEYMOUR ET AL. *v.* REGION ONE BOARD OF EDUCATION ET AL. Sup. Ct. Conn. Certiorari denied.

No. 05–328. LEON C. BAKER P. C. ET AL. *v.* MERRILL LYNCH, PIERCE, FENNER & SMITH INC. Sup. Ct. Ala. Certiorari denied.

No. 05–332. SIX WEST RETAIL ACQUISITION, INC. *v.* SONY PICTURES ENTERTAINMENT CORP. ET AL. C. A. 2d Cir. Certiorari denied.

No. 05–338. BLAU *v.* YMI JEANSWEAR, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 05–408. SMART *v.* TEXAS. Ct. App. Tex., 9th Dist. Certiorari denied.

No. 05–447. ABRISHAMIAN *v.* GUTIERREZ, SECRETARY OF COMMERCE, ET AL. C. A. 4th Cir. Certiorari denied.

No. 05–448. HORNBACK *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 05–459. SIBLEY *v.* SUPREME COURT OF THE UNITED STATES ET AL. C. A. 11th Cir. Certiorari denied.

No. 05–474. BONTKOWSKI *v.* CASTILLO ET AL. C. A. 11th Cir. Certiorari denied.

No. 05–481. SHERLOCK *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–486. TELLO *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied.

No. 05–5512. OVERCAST *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 05–5681. NIXON *v.* EPPS, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.